1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 5:20-MJ-00009 JLT |
| | ) | |
| Plaintiff, | ) | **ORDER APPOINTING COUNSEL** |
| | ) | |
| vs. | ) | |
| | ) | |
| IMELDA MALDONADO BELTRAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

14      The defendant has attested to his financial inability to employ counsel and wishes the

15  Court to appoint counsel to represent him.  Therefore, in the interests of justice and according to

16  Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court

17  **ORDERS**:

18      1.      Emily de Leon is APPOINTED to represent the above defendant in this case

19  effective *nunc pro tunc* to October 23, 2020. This appointment shall remain in effect until further

20  order of this court.

21

22  IT IS SO ORDERED.

23      Dated:   **October 30, 2020**                    **/s/ Jennifer L. Thurston**
24                                                    UNITED STATES MAGISTRATE JUDGE

25
26
27
28